## United States Brewing Company of Chicago, Appellant, v. D. Kavanaugh's Sons, Appellee.

### Gen. No. 18,947.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed February 3, 1914.

### Statement of the Case.

Action by United States Brewing Company of Chicago, a corporation, against D. Kavanaugh's Sons, a corporation, to recover for breach of a contract. From a judgment entered in favor of defendant on a directed verdict, plaintiff appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; SILAS H. STRAWN and J. SIDNEY CONDIT, of counsel.

GUERIN, GALLAGHER & BARRETT, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 449*—*when execution of new lease operates as a surrender of old one.* A tenant's acceptance of a new lease for the same premises operates in law as a surrender of the old one, and thereafter an agreement for cancellation of the old lease is unnecessary.

2. CONTRACTS, § 456*—*contract dependent on covenant in a lease construed.* Where a tenant of certain premises contracted to buy beer from a brewing company during the term of a lease unless the lease is cancelled by the lessor pursuant to an option in the lease, the tenant is not relieved from performance of his covenant by a cancellation of the lease by mutual agreement between him and the lessor before the time provided for the lessor to exercise his option.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.